UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:18-CR-72 |
| ) | |
| MARVIN CATES ) | |

**AFFIDAVIT IN SUPPORT OF MOTION
TO WITHDRAW GUILTY PLEA**

I, Marvin Cates, under oath depose and say that:

1. I am the defendant in the above-entitled cause of action.

2. On September 17, 2018, I entered into a Plea Agreement, pleading guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g).

3. Previously, in June of 2018, counsel for the Defendant requested a continuance despite my desire for a speedy trial.

4. I agreed to enter the plea agreement after the Government threatened to file additional charges.

5. I had less than two (2) hours to accept the plea.

6. I felt coerced to accept the plea, when I wanted to continue contesting the suppression of evidence.

7. It is my desire and decision to withdraw my plea and proceed to trial.

_____
Marvin Cates

I affirm under the penalty for perjury that the above and foregoing is true and accurate.

*Marvin Cates*
Marvin Cates

Dated this \_\_\_\_\_ day of _____, 2018